RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Ryan@RyanAlexander.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN TRUEMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DOES I - X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02558-JCM-CWH<br>Hon. James C. Mahan<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br>**No Hearing on Calendar**<br><br>**Related Case: Case No. 2:15-cv-01872-RFB-NJK** |

KRISTIN TRUEMAN ("Trueman"), by and through her counsel of record, Ryan Alexander, and Defendant CLARK COUNTY by and through its counsel Robert F. Gower, Esq.,

**HEREBY STIPULATE AND AGREE** that the deadline for Plaintiff to file responses to Defendants' Motion to Dismiss, filed on December 21, 2016, Dkt. #8, is extended to January 16, 2017;

**IT IS SO STIPULATED.**

//

//

1

DATED this 4th day of January, 2017.

| | |
|---|---|
| RYAN ALEXANDER, CHTD.<br><br>_____<br>RYAN ALEXANDER<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 58<br>Las Vegas, NV 89102<br>Phone: (702) 868-3311<br>Fax: (702) 822-1133<br>Ryan@RyanAlexander.us<br>*Attorney for Plaintiff* | CLARK COUNTY DISTRICT ATTORNEY'S OFFICE - CIVIL DIVISION<br><br>/s/Robert J. Gower, Esq.<br>Robert J. Gower, Esq.<br>500 S. Grand Central Pkwy 5th Flr<br>P.O.Box 552215<br>Las Vegas, NV 89155-2215<br>Phone: 702-455-4761<br>Fax: 702-328-5178<br>Email: Robert.Gower@ClarkCountyDA.com<br>*Attorneys for Defendants LVMPD and Former Sheriff Doug Gillespie* |

**IT IS SO ORDERED:**

The parties' stipulation to permit Plaintiff additional time, to and until January 16, 2017, to file a response to Defendant's Motion to Dismiss is hereby approved.

DATED: January 9, 2017

_____
UNITED STATES DISTRICT JUDGE

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Ryan Alexander Chtd., and on the 4th day of January 2017, the foregoing STIPULATION TO CONTINUE DEADLINE was served by CM/ECF system upon:

Robert J. Gower, Esq.
Clark County District Attorney's Office
Civil Division
500 S. Grand Central Pkwy 5th Flr
P.O.Box 552215
Las Vegas, NV 89155-2215
702-455-4761
Fax: 702-328-5178
Email: ROBERT.GOWER@ClarkCountyDA.com
*Attorney for LVMPD Defendants*          */s/Ryan Alexander*

                                                      _____
                                                      An Employee of Ryan Alexander, Chtd.