RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Ryan@RyanAlexander.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN TRUEMAN, an Individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DOES I - X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:16-cv-02558-JCM-CWH<br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)**<br><br>Related Case: Case No. 2:15-cv-01872-RFB-NJK |

　　　　KRISTIN TRUEMAN ("Trueman"), by and through her counsel of record, Ryan Alexander, and Defendant CLARK COUNTY by and through its counsel Robert J. Gower, Esq., respectfully move for the entry of the attached proposed Stipulation for a Limited Stay of Discovery until such time that Defendant's Motion to Dismiss may be heard and decided.

　　　　The Complaint in this case was filed on November 4, 2016.  A subsequent Motion to Dismiss was filed by Defendant CLARK COUNTY on December 21, 2016.  There is also a pending Motion to Dismiss in related case 2:15-cv-01872-RFB-NJK that could be dipositive of the case.  The parties agree that a stay of discovery proceedings until Defendant's Motion to Dismiss would be beneficial to the Parties and conserve efficient use of the Court's resources while the Motion to Dismiss is decided. The parties shall confer and submit their Discovery Plan and Scheduling Order within twenty (20) days of the ruling on the Defendant's Motion to Dismiss.

KRISTIN TRUEMAN ("Trueman"), by and through her counsel of record, Ryan Alexander, and Defendant CLARK COUNTY by and through its counsel Robert F. Gower, Esq,

**HEREBY STIPULATE AND AGREE** that the deadline for Plaintiff and Defendant to hold their Rule 26(f) conference and file their proposed Discovery Plan and Scheduling Order, and any other FRCP 26(f) duties, be stayed until this Court rules on Defendant's Motion to Dismiss;

This stay is not brought in bad faith or for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of February, 2017.

| RYAN ALEXANDER, CHTD. | CLARK COUNTY DISTRICT ATTORNEY'S OFFICE - CIVIL DIVISION |
|---|---|
| /s/Ryan Alexander | /s/Robert J. Gower, Esq. |
| RYAN ALEXANDER<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 58<br>Las Vegas, NV 89102<br>Phone: (702) 868-3311<br>Fax: (702) 822-1133<br>Ryan@RyanAlexander.us<br>*Attorney for Plaintiff* | Robert J. Gower, Esq.<br>500 S. Grand Central Pkwy 5th Flr<br>P.O.Box 552215<br>Las Vegas, NV 89155-2215<br>Phone: 702-455-4761<br>Fax: 702-328-5178<br>Email: Robert.Gower@ClarkCountyDA.com<br>*Attorneys for Defendants LVMPD and Former Sheriff Doug Gillespie* |

**IT IS SO ORDERED:**

The parties' stipulation to stay all FRCP 26(f) duties, including submission of a proposed Discovery Plan and Scheduling Order, until after an Order is entered on Defendant's Motion to Dismiss, is granted. The parties shall confer and submit their Discovery Plan and Scheduling Order within twenty (20) days of the ruling on the Defendant's Motion to Dismiss.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/10/17

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Ryan Alexander Chtd., and on the 9th day of February 2017, the foregoing STIPULATION AND ORDER TO STAY DISCOVERY was served by CM/ECF system upon:

Robert J. Gower, Esq.
Clark County District Attorney's Office
Civil Division
500 S. Grand Central Pkwy 5th Flr
P.O.Box 552215
Las Vegas, NV 89155-2215
702-455-4761
Fax: 702-328-5178
Email: ROBERT.GOWER@ClarkCountyDA.com
*Attorney for Defendants Clark COunty*          /s/Ryan Alexander
                                                _____
                                                An Employee of Ryan Alexander, Chtd.

3